IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN E. ADAMS                                                                                           PLAINTIFF

v.                                    Case No. 5:14-cv-150-KGB

ERICA RAYNER, et al.                                                                              DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6) and the objections filed by plaintiff John E. Adams (Dkt. No. 7). After a review of the Proposed Findings and Recommendations and Mr. Adams's objections, as well as a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety.

IT IS, THEREFORE, ORDERED that:

1. Mr. Adams's amended complaint against defendants is dismissed for failure to state a claim upon which relief can be granted.

2. This dismissal of Mr. Adams's action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 11th day of May, 2015.

_____
Kristine G. Baker
United States District Judge