# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHN E. ADAMS**  **PLAINTIFF**

**v.**  **Case No. 5:14-cv-150-KGB**

**ERICA RAYNER, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, judgment is entered dismissing this case with prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 11th day of May, 2015.

_____
Kristine G. Baker
United States District Judge